United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **BEKA GELASHVILI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00040** |
| | § | |
| **KRISTI NOEM,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

Before the Court is Federal Respondents' Motion to Reconsider, (Dkt. 26). On January 29, 2026, the Court granted in part Petitioner Beka Gelashvili's Petition for a Writ of Habeas Corpus, (Dkt. 1), and denied Respondents' Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment, (Dkt. 13). (*See* Dkt. 18 at 5.) On July 2, 2026, Respondents submitted an advisory in response to the Court's Order, (Dkt. 28), informing the Court that they no longer request reconsideration of the Court's decision in this case or oppose final judgment. (Dkt. 29.)

Accordingly, the Court now enters final judgment. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

IT IS SO ORDERED.

SIGNED this July 6, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1